IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| JOHN HALE | § | PETITIONER |
| | § | |
| v. | § Civil No. 1:19cv242-HSO-MTP | |
| | § | |
| UNKNOWN SHAW | § | RESPONDENT |

## FINAL JUDGMENT

This matter came on to be heard on Petitioner John Hale's Objection [12] to the Report and Recommendation [11] of United States Magistrate Michael T. Parker recommending that Respondent Unknown Shaw's Motion to Dismiss [7] be granted and that Petitioner John Hale's Petition for Writ of Habeas Corpus [1] be dismissed with prejudice as untimely. The Court, after a full review and consideration of the Magistrate Judge's Report and Recommendation [11], Petitioner John Hale's Objection [12], Respondent's Motion to Dismiss [7], the record as a whole, and relevant legal authority, finds that in accord with its Order entered herewith,

**IT IS, ORDERED AND ADJUDGED,** that this civil action is **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 18th day of March, 2020.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE